(No. 5737. November 14, 1931.)

MORLEY PLATT, a Minor, by W. T. PLATT, His Guardian Ad Litem, Respondent, v. H. ROTHWELL, Sheriff of Idaho County, Idaho, FRED NAGEL, LEON FOLLETT, and GEORGE W. FOLLETT, Appellants.

[5 Pac. (2d) 82.]

A. S. Hardy, for Respondent.

A. H. Oversmith, for Appellants.

GIVENS, J.—This case involves substantially the same situation as disclosed in *McMahon v. Rothwell,* argued and submitted at this term. On the authority of that case, the judgment is affirmed. Costs awarded to respondent.

Lee, C. J., and Budge, Varian and McNaughton, JJ., concur.